**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6508**

———————

FRED FREEMAN,

                Plaintiff – Appellant,

        v.

DOCTOR BYRNE; DOCTOR ALLEWINE,

                Defendants – Appellees,

        and

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; COMMISSIONER
OZMINT, for South Carolina Department of Corrections;
DOCTOR OLIVENCIA; DIRECTOR FLUDD, Food Service; NURSE
DERRICK, Director of Nursing; WARDEN HAGAN; WARDEN COHEN;
KEN LONG, Grievance Coordinator; JOHN DOE, of Anderson
County Court; LINDA DUNLAP; WARDEN TALOR,

                Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   David C. Norton, Chief District
Judge.  (9:09-cv-01102-DCN)

———————

Submitted:  August 18, 2011      Decided:  August 23, 2011

———————

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Fred Freeman, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Freeman appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Freeman v. Byrne, No. 9:09-cv-01102-DCN (D.S.C. Mar. 8, 2011). We deny Freeman's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3